# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Nicomendes Santay Poroj, | No. CV-25-04328-PHX-DWL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On November 19, 2025, Petitioner filed this action under § 2241 challenging her immigration detention. (Doc. 1.) On December 5, 2025, the Court's Notice of Assignment (Doc. 3) was returned to the Court as undeliverable, indicating Petitioner was no longer in custody. (Doc. 4.) A review of Immigrations and Customs Enforcement's online locator did not locate a person in custody matching Petitioner's name or A number. Because it does not appear Petitioner remains in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported. His petition was thus rendered moot by his removal."). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition Under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

…

…

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 11th day of December, 2025.

Dominic W. Lanza
United States District Judge